**Arthur K. GOLDSTEIN,**
**Plaintiff–Appellant,**

v.

**GROUP INSURANCE PLAN FOR AD-
MINISTRATIVE AND MANAGEMENT
EMPLOYEES OF FAIRCHILD RE-
PUBLIC COMPANY, FARMINGDALE
FACILITY; Fairchild Industries Pen-
sion & Retirement Committee, as Plan
Fiduciary and as Plan Administrator;
John Doe and Jane Doe, as members of
the Fairchild Industries Pension & Re-
tirement Committee; Connecticut Life
Insurance Co.; Fairchild Industries,
Inc., Defendants–Appellees.**

**No. 97, Docket 96–7083.**

United States Court of Appeals,
Second Circuit.

Argued Oct. 15, 1996.

Decided Nov. 4, 1996.

Edgar Pauk, Legal Services for the Elder-
ly, New York City (Robert L. Liebross, Den-
ver, CO, on the brief), for plaintiff-appellant.

David W. Silverman, New City, NY (Chris-
topher P. Tirro, Granik Silverman, New City,
NY; Ann K. Kandel, Hauppauge, NY, on the
brief), for defendants-appellees.

Before NEWMAN, Chief Judge,
CARDAMONE and McLAUGHLIN, Circuit
Judges.

PER CURIAM:

This appeal concerns a claim under the
Employee Retirement Income Security Act,
29 U.S.C. § 1001 *et seq.* (1994), against the
claimant's former employer, Fairchild Indus-
tries, Inc. ("Fairchild"), and the administra-
tor of Fairchild's employee welfare benefit

plan, Connecticut General Life Insurance
Company ("CIGNA"). Arthur Goldstein ap-
peals from the December 29, 1995, judgment
of the United States District Court for the
Eastern District of New York (John Gleeson,
Judge) denying, on motion for summary
judgment, his claim for benefits. After an
earlier order by Judge Platt dismissing CIG-
NA as a party, Judge Gleeson ruled that
Goldstein was not entitled to benefits be-
cause his active service had ended by reason
of a layoff, rather than his alleged disability.
*Goldstein v. Group Insurance Plan for Ad-
min. and Mgmt. Employees of Fairchild Re-
public Company,* 940 F.Supp. 474 (E.D.N.Y.
1995).

Goldstein appeals from both rulings. We
affirm the judgment on Judge Gleeson's com-
prehensive opinion. To the extent that Gold-
stein seeks review of the dismissal of CIG-
NA, that issue is moot in light of Judge
Gleeson's ruling.